IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-41122
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIANA TAPIA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. B-99-CR-135-2

_____

October 27, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The federal public defender appointed to represent Adriana
Tapia has moved for leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Tapia
received copies of counsel's motion and brief but has not filed a
response.  Our independent review of the brief and the record
discloses no nonfrivolous issue.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5th Cir. R. 42.2.